UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                            Case Number 19-20840

v.                                               Honorable David M. Lawson

ASHLEY TOWNSEND,

        Defendant.

_____/

## ORDER EXTENDING TIME FOR FILING OBJECTIONS
## TO THE PRESENTENCE INVESTIGATION REPORT

Pursuant to the stipulation of the parties (ECF No. 55), it is **ORDERED** that objections to the presentence investigation report must be filed **on or before March 27, 2023**.

                                                                s/David M. Lawson
                                                                DAVID M. LAWSON
                                                                United States District Judge

Dated:  March 16, 2023